UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

WELLINGTON JOHNSON, JR.,

                Petitioner,

      vs                                            9:04-CV-751

CALVIN E. WEST,

                Respondent.

-------------------------------------

APPEARANCES:                                     OF COUNSEL:

WELLINGTON JOHNSON, JR.
Petitioner, Pro Se
01-B-0830
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902-0500

HON. ANDREW M. CUOMO               ALYSON J. GILL, ESQ.
Attorney General of the                  LUKE MARTLAND, ESQ.
  State of New York                       Asst. Attorney General
Attorney for Respondent
120 Broadway
New York, NY 10271

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Petitioner, Wellington Johnson, Jr., brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By a report recommendation dated January 9, 2007, the Honorable David R. Homer, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied. Petitioner has filed timely objections.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner objected, the Report-Recommendation is accepted and adopted in whole.  <u>See</u> 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 29, 2007
Utica, New York.